WELLS *et al. v.* DuBOSE, receiver.

FISH, C. J. 1. "The liability of persons who organize a corporation and transact business in its name, before the minimum capital stock has been subscribed for, is to creditors, and is not an asset of the corporation; and under the ruling in the case of *John V. Farwell Co.* v. *Jackson Stores,* 137 *Ga.* 174 (73 S. E. 13), the receiver of the corporation could not maintain a suit against persons falling within the provisions of § 2220 of the Civil Code, to collect from them, as an asset of the corporation, an amount necessary to pay the outstanding debts of the corporation." *Rigbers* v. *Hathcock,* 138 *Ga.* 120 (74 S. E. 834).

2. Applying the ruling above announced to the facts of this case, the court erred in not sustaining the general demurrer to the petition.

> *Judgment reversed. All the Justices concur.*
> JUNE 17, 1913.

Complaint. Before Judge Walker. Wilkes superior court. February 7, 1912.

*W. A. Slaton,* for plaintiffs in error.